AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Super Duper, Inc. D/b/a Super Duper Publications,
a South Carolina Corporation

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6:05-1700-HFF

Mattel, Inc., a Delaware Corporation

**[X]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **IT IS ORDERED AND ADJUDGED** that the defendant Mattel, Inc., a Delaware

Corporation shall recover of the plaintiff, Super Duper, Inc., d/b/a Super Duper Publications,

a South Carolina Corporation the sum of $400,000.00 (Four hundred thousand dollars and

no cents) with interest at the rate of 1.88% as provided by law and its cost of action.

 LARRY W.  PROPES, Clerk

 By: **s/Angela Lewis**_____
 Deputy Clerk

April 29, 2008